IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSEX PROPERTY TRUST, INC., | No. C-06-0302 MMC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME** |
| v. | |
| ECKLAND CONSULTANTS, INC., | |
| Defendant / | |

Before the Court is defendant's motion to enlarge the time to respond to plaintiff's complaint to March 3, 2006.  Plaintiff has filed opposition.

Having reviewed the papers submitted in support of and in opposition to the motion, the Court hereby GRANTS the motion, for the reason that defendant has shown sufficient cause exists for the enlargement sought.

Accordingly, defendant is hereby ORDERED to file a response to the complaint no later than March 3, 2006.

**IT IS SO ORDERED.**

Dated: February 8, 2006

MAXINE M. CHESNEY
United States District Judge