IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSEX PROPERTY TRUST, INC., | No. C 06-0302 MMC |
| Plaintiff, | **ORDER VACATING MARCH 31, 2006 HEARING** |
| v. | |
| ECKLAND CONSULTANTS, INC., | |
| Defendant / | |

Before the Court is plaintiff's motion for remand, filed February 16, 2006, and scheduled for hearing March 31, 2006. Pursuant to the Civil Local Rules of this District, opposition was due no later than March 10, 2006. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no less than 21 days before hearing date). To date, no opposition has been filed.

Accordingly, the Court deems the matter submitted on the moving papers and VACATES the hearing scheduled for March 31, 2006.

**IT IS SO ORDERED.**

Dated: March 16, 2006

MAXINE M. CHESNEY
United States District Judge