United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESSEX PROPERTY TRUST, INC.,                    No. C-06-0302 MMC

        Plaintiff,                          **ORDER GRANTING PLAINTIFF'S**
  v.                                                **MOTION FOR REMAND**

ECKLAND CONSULTANTS, INC.,

        Defendant
_____/

      Before the Court is plaintiff Essex Property Trust, Inc.'s Motion for Remand,
pursuant to 28 U.S.C. § 1447(c).  Defendant Eckland Consultants, Inc. has not filed
opposition or any other response to the motion.  Having considered the papers filed in
support of the motion, the Court rules as follows.

      Where, as here, a defendant asserts that an initial pleading is removable, a notice of
removal must be filed within 30 days of defendant's receipt thereof.  <u>See</u> 28 U.S.C.
§ 1446(b).  Here, plaintiff served defendant, through defendant's designated agent for
service of process, with a copy of the summons and complaint on December 9, 2005, (<u>see</u>
Lindquist Decl. Exs. A, B), and defendant filed its notice of removal on January 17, 2006,
39 days later.  Consequently, defendant's notice of removal is untimely.

      Accordingly, plaintiff's Motion for Remand is hereby GRANTED, and the action is
remanded to the Superior Court of the State of California, for the County of San Francisco.

      **IT IS SO ORDERED.**

Dated: March 23, 2006

                          MAXINE M. CHESNEY
                          United States District Judge